[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16814
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00057-CR-CDL-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GINA MITCHELLE CARROLL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 28, 2009)

Before CARNES, HULL and WILSON, Circuit Judges.

PER CURIAM:

Cynthia Maisano, appointed counsel for Gina Mitchelle Carroll in this direct

criminal appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carroll's conviction and sentence are **AFFIRMED**.